**FAG ITALIA S.p.A., and FAG Bearings Corporation, Plaintiffs–Appellees,**

**and**

**SKF USA Inc. and SKF Industrie S.p.A., Plaintiffs–Appellants,**

**v.**

**UNITED STATES, Defendant– Cross Appellant,**

**and**

**The Torrington Company (now known as Timken U.S. Corporation), Defendant–Cross Appellant.**

**FAG Italia S.p.A., and FAG Bearings Corporation, Plaintiffs– Appellants,**

**and**

**SKF USA Inc. and SKF Industrie S.p.A., Plaintiffs,**

**v.**

**United States, Defendant–Appellee,**

**and**

**The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.**

Nos. 01–1624, 02–1091, 02–1093, 02–1092.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Max F. Schutzman, Mark E. Pardo, Adam M. Dambrov, Max F. Schutzman, Mark E. Pardo, Adam M. Dambrov, New York, NY, Jeffrey S. Grimson, Herbert C. Shelley, Alice A. Kipel, Herbert C. Shelley, Alice A. Kipel, Washington, DC, for Plaintiff-Appellant.

Terence P. Stewart, Wesley K. Caine, Washington, DC, Lane S. Hurewitz, Geert M. De Prest, Ada E. Bosque, Velta A. Melnbrencis, Berniece A. Browne, David R. Mason, John D. McInerney, David M. Cohen, Washington, DC, for Defendant-Cross Appellant.

*ORDER*

Upon consideration of FAG Italia S.p.A. et al.'s unopposed motion to sever and voluntarily dismiss appeal 02–1092,

IT IS ORDERED THAT:

(1) The motions are granted. All sides shall bear their own costs in 02–1092.

(2) SKF USA, Inc. et al., the United States, and The Torrington Company are requested to inform the court, within 14 days of the date of filing of this order, how they believe appeals 01–1624, 02–1091 and 02–1093 should proceed.

(3) The revised official captions are reflected above.